# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN RE:

JUAN CARLOS BALCELLS GALLARETA

        Debtor

NOREEN WISCOVITCH RENTAS

        Plaintiff

        v.

AMARILIS GONZALEZ GARCIA, et. al.

        Defendant

CASE NO. 11-06637 MCF

Chapter 7

Adversary Number: 14-00137 MCF

**FILED & ENTERED ON 1/24/2017**

## ORDER AND NOTICE

    A hearing is hereby scheduled for 4/26/2017 at 09:00 A.M. at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico, to consider the following:

    PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT #77) AND OPPOSITION FILED BY DEFENDANT (DKT #84).

    The Clerk shall give notice to all parties in interest.

    San Juan, Puerto Rico, this 24 day of January, 2017.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge