# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br><br> **JUAN CARLOS BALCELLS GALLARETA** <br> DEBTOR <br><br> **NOREEN WISCOVITCH RENTAS** <br> TRUSTEE FOR THE ESTATE OF JUAN BALCELLS GALLARETA <br> Plaintiff <br><br> v. <br><br> **AMARILIS GONZÁLEZ GARCÍA** <br> Defendant | **CASE NO. 11-06637 MCF** <br><br> **CHAPTER 7** <br><br> Adv. No. 14-00137 |

### MOTION TO OPPOSE MOTIONS REQUESTING SUBPOENA

**TO THE HONORABLE COURT:**

**COMES NOW**, Noreen Wiscovitch Rentas, Trustee of the Chapter 7 Bankruptcy Estate of Juan Balcells Gallareta, represented by its undersigned attorney and to this Honorable Court very respectfully states and prays that:

1. On April 25, 2018, Defendant filed several motions requesting subpoenas. *See Dkt. 111, 112, 113, 114, 115, 116.*

2. On April 27, 2018, Plaintiff opposed Defendant's requests. *Dkt. 117.*

3. The aforementioned requests were denied on April 30, 2018. *See Dkt. 119, 120, 121, 122, 123, 124.*

4. On May 17, 2018, Defendant filed again the same motions requesting subpoenas. *See Dkt. 134, 135, 136, 137, 138, 139.*

5.      Plaintiff hereby opposes the aforementioned requests for subpoenas and requests that the legal arguments ascertained at the previous M*otion to Oppose Motions Requesting Subpoenas*, at *Dkt. 117*, to be applied to the requests for subpoena filed on May 17, 2018.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to take notice of the aforementioned; to DENY Defendant´s Motion Requesting Subpoena at *Dkt. 134, 135, 136, 137, 138, 139.*

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the Assistant US Trustee at the US Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901 and all parties in interest.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on May 21, 2018.

**/s/ AIMEÉ LÓPEZ PABÓN**
**USDC-PR 229906**
Email: al@g-glawpr.com

**G|G**
**GODREAU & GONZALEZ**
**LAW, LLC**
P.O Box 9024176,
San Juan, PR 00902-4176
Tel. (787) 726-0077