# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO
# Minute Entry

## Hearing Information:

**Debtor**: JUAN CARLOS BALCELLS GALLARETA
**Case Number:** 11-06637-MCF  **Chapter:** 7
**Adversary Number**: 14-00137-MCF
**Date / Time / Room**: 02/09/2022 09:02 am
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: ED BUJOSA
**Reporter / ECR**: CARLOS APONTE

## Matter:

ORDER TO SHOW CAUSE TO THE PLAINTIFF (DKT #220)

TRUSTEE'S MOTION IN COMPLIANCE WITH THE ORDER TO SHOW CAUSE (DKT #223)

## Appearances:

Rafael A. Gonzalez on behalf of Noreen Wiscovitch, Chapter 7 Trustee, Plaintiff
Noreen Wiscovitch, Chapter 7 Trustee
Amarilis Gonzalez, Pro-se Defendant

## Minutes of Proceedings:

**ORDER:**

For the reasons stated in open court, the adversary proceeding is dismissed.

**/s/MILDRED CABAN FLORES**
**U.S. Bankruptcy Judge**