# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **JUAN CARLOS BALCELLS GALLARETA** <br> Debtor(s) | CASE NO. 11-06637 (MCF) <br><br> CHAPTER 7 |
| **NOREEN WISCOVITCH RENTAS** <br> Plaintiff(s) <br><br> v. <br> **AMARILIS GONZALEZ GARCIA** <br><br> Defendant(s) | ADVERSARY NO. 14-00137 (MCF) |

## JUDGMENT

Upon the bench order issued on February 9, 2022, dismissing the adversary proceeding (Docket No. 229), it is now

ADJUDGED AND DECREED that judgment be and is hereby entered dismissing the above captioned adversary proceeding.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 10th day of February, 2022.

_____
MILDRED CABAN FLORES
U.S. Bankruptcy Judge